WEBSTER, Respondent, vs. MOORE and others, Appellants.

*September 26, 1900 — January 8, 1901.*

*Webster v. Pierce, ante,* p. 407, followed.

APPEAL from a judgment of the circuit court for Langlade county: JOHN GOODLAND, Circuit Judge. *Reversed.*

Appeal from a judgment rendered in plaintiff's favor against all of the defendants in an action of ejectment. The pleadings and facts are similar to those in *Webster v. Pierce, ante,* p. 407, and the questions of law presented by the appeal are the same. The actions differ only in the parties defendant, the lands involved, the date of the tax deeds, and some other matters not material to the legal questions upon which the appeal turns.

*Geo. W. Latta,* for the appellants.

For the respondent there was a brief by *Geo. G. Greene,* of counsel, and oral argument by *Mr. Greene* and *Mr. W. H. Webster.*

The following opinion was filed October 12, 1900:

MARSHALL, J. This case is ruled in appellants' favor by the decision in *Webster v. Pierce, ante,* p. 407. We refer to the opinion there instead of rediscussing the points decided.

*By the Court.*— The judgment of the circuit court is reversed, and the cause remanded with directions to render judgment for the defendants dismissing the complaint with costs.

CASSODAY, C. J., took no part.

The respondent moved for a rehearing.

For the appellants there was a brief by *Geo. W. Latta,* and for the respondent a brief by *W. H. Webster, per se,* and *Geo. G. Greene,* of counsel.

The motion was denied January 8, 1901.